IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 10-30406-H3-7 |
| | § | |
| TUCCILLO, LOUIS & LEILANI | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | |

**MOTION TO PAY FUNDS INTO THE REGISTRY
UNDER 11 U.S.C. § 347(a)**

The undersigned Trustee reports:

__x__ The dividends payable to the creditors listed on Exhibit "A" attached hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

_____ Payment has been returned as "attempted not known, return to sender", and the dividends payable to the creditors listed on Exhibit "A" attached hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and U.S.C. §347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 Title 28 (28 U.S.C. 2041, et seq.).

Dated this 6th day of June, 2011

/s/ Joseph M. Hill
_____
JOSEPH M. HILL, Trustee
5851 San Felipe, Suite 950
Houston, Texas 77057
(713) 789-0500

# DIVIDEND REPORT

| | | Page No: | 1 |
|---|---|---|---|
| **Case No:** | 10-30406-H3-7 | **Date Printed:** | 6/6/2011 |
| **Case Name:** | TUCCILLO, LOUIS W. AND TUCCILLO, LEILANI A. | **Check Number:** | 5008 |
| **Trustee Name:** | Joseph Hill | **Check Date:** | 06/06/2011 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 6 | RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>For GE Money Bank<br>dba DILLARD'S<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $119.94 | $4.26 |
| | | **Total Check Amount:** | **$4.26** |